1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California
Telephone: (415) 436-6401

7 | Facsimile: (415) 436-6982
E-Mail: nicole.kim@usdoj.gov

8

Attorneys for the United States

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3 08 70134 |
| Plaintiff, | ) | |
| | ) | NOTICE OF PROCEEDINGS ON |
| v. | ) | OUT-OF-DISTRICT CRIMINAL |
| | ) | CHARGES PURSUANT TO RULES |
| ERNEST LEMAEFE TOFI, | ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| | ) | OF CRIMINAL PROCEDURE |
| Defendant. | ) | |
| | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on <u>March 10, 2008</u>, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

   X   Indictment

   ☐   Information

   ☐   Criminal Complaint

   ☐   Other (describe) _____

pending in the District of Hawaii, Case Number 08-00060.

Rule 5 Notice                           1

1 | In that case, the defendant is charged with a violations of Title 21, United States Code,
2 | Sections 846 and 841(b)(1)(B), and Title 18, United States Code, Section 2.
3 | Description of Charges: <u>knowingly and intentionally conspiring to distribute and possess with the
4 | intent to distribute 500 grams or more of cocaine, and distributing and possessing with the intent
5 | to distribute 500 grams or more of cocaine.</u>

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: <u>March 10, 2008</u>

NICOLE M. KIM
Assistant U.S. Attorney

AO 442 (Rev. 10/03) Warrant for Arrest

SEALED
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 08-00060 HG 01 |

(01) ERNEST LAMAEFE TOFI

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (01) ERNEST LAMAEFE TOFI and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Title 21 U.S.C. 846, 841(A)(1) AND 841(b)(1)(B) - Conspiracy to Distribute Narcotics - Cocaine - Count 1.
Title 21 U.S.C. 841(a)(1);(b)(1)(B) - Narcotics - Sell, Distribute, or Dispense Cocaine - Count 2.

in violation of Title 21 United States Code, Section(s) 846: 841(a)(1);(b)(1)(B).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | February 6, 2008 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at **NO BAIL**  By: Leslie E. Kobayashi, United States Magistrate Judge

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest | | |

US ATTORNEYS OFFICE

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

SUSAN CUSHMAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Susan.Cushman@usdoj.gov



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2008

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 08-00060 HG |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 846, |
| ERNEST LEMAEFE TOFI, (01) | ) | 841(a)(1), 841(b)(1)(B), |
| GREGORY SADIE, (02) | ) | 18 U.S.C. § 2] |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about July 18, 2007, in the District of Hawaii, defendants ERNEST LEMAEFE TOFI, GREGORY SADIE, and Saline Samia, who is not a defendant herein and who is charged elsewhere, and others known and unknown to the Grand Jury, knowingly and intentionally conspired to distribute, and to possess with intent to distribute, five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, its salts,

optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of this conspiracy and in order to achieve the objects thereof, the following overt acts, among others, were committed in the District of Hawaii.

1. On or about January 31, 2007, through on or about July 19, 2007, in the District of Hawaii and elsewhere, ERNEST LEMAEFE TOFI mailed or arranged to mail ten (10) parcels containing cocaine to Saline Samia. The contents of the parcels were given to GREGORY SADIE for distribution in the District of Hawaii and elsewhere.

2. On or about November 27, 2006, through on or about July 3, 2007, in the District of Hawaii and elsewhere, Saline Samia was directed by ERNEST LEMAEFE TOFI to mail twelve (12) parcels containing money that she received from GREGORY SADIE to M.T. That money was proceeds from cocaine sold by GREGORY SADIE.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841 (b)(1)(B).

## COUNT 2

The Grand Jury further charges that:

On or about July 19, 2007, in the District of Hawaii and elsewhere, the defendants, ERNEST LEMAEFE TOFI, GREGORY SADIE, and Saline Samia did knowingly and intentionally attempt

to possess with intent to distribute 500 grams of more, of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, to wit, approximately 1,110 gross grams, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1);(b)(1)(B), 846 and Title 18, United States Code, Section 2.

DATED: _____February 6_____, 2008, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*/s/*
_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

*/s/*
_____
SUSAN CUSHMAN
Assistant U.S. Attorney

United States v. Ernest Lemaefe Tofi, et al.
INDICTMENT
Cr. No.

3