1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney

5
       450 Golden Gate Ave.
6      San Francisco, California  94102
       Telephone:  (415) 436-6401
7      Fax:  (415) 436-6982
       E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3-08-70134 JCS |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| v. ) | |
| ERNEST LAMAEFE TOFI, ) | |
| Defendant. ) | |

The parties appeared before the Hon. Joseph C. Spero, United States Magistrate Judge, on March 14, 2008 at 9:30 a.m.  Defendant Ernest Lamaefe Tofi ("TOFI") appeared in custody with attorney Geoffrey Hansen.  The United States appeared through Assistant United States Attorney Nicole M. Kim.  With the agreement of counsel for both parties, the Court found and held as follows:

1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from March 14, 2008 through and including March 21, 2008.  The parties agree to an

1  exclusion pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) to allow for defense counsel reasonable
2  time necessary for effective preparation, taking into account the exercise of due diligence and the
3  need for counsel to review the discovery with the defendant, as well as to allow the defendant
4  continuity of counsel.
5      2.    Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from March 14, 2008 through and including March 21, 2008 outweigh the
7  best interest of the public and the defendant in a speedy trial.
8      3.    Accordingly, the Court ORDERED that the period from March 14, 2008 through
9  and including March 21, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C.
10 § 3161.
11     IT IS SO ORDERED.
12
13
14 Dated: March __, 2008
15     HON. JOSEPH C. SPERO
    United States Magistrate Judge

**[Proposed] Order Excluding Time**
**U.S. v. Ernest Lamaefe Tofi 3-08-70134 JCS**    2