1  JOSEPH P. RUSSONIELLO  (CABN 44332)
United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

5

6  450 Golden Gate Ave.
San Francisco, California  94102
Telephone:  (415) 436-6401

7  Fax:  (415) 436-6982
E-Mail: nicole.kim@usdoj.gov

8

9  Attorneys for Plaintiff

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

15

16  UNITED STATES OF AMERICA,          )        No. CR 3-08-70134 JCS
                                       )
       Plaintiff,                      )        [~~PROPOSED~~] ORDER EXCLUDING
17                                     )        TIME FROM SPEEDY TRIAL ACT
    v.                                 )        COMPUTATION
18                                     )
    ERNEST LAMAEFE TOFI,               )
19                                     )
       Defendant.                      )
20  _____  )

21

22         The parties appeared before the Hon. Joseph C. Spero, United States Magistrate Judge, on

23  March 14, 2008 at 9:30 a.m.  Defendant Ernest Lamaefe Tofi ("TOFI") appeared in custody with

24  attorney Geoffrey Hansen.  The United States appeared through Assistant United States Attorney

25  Nicole M. Kim.  With the agreement of counsel for both parties, the Court found and held as

26  follows:

27         1.        The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

28  3161, from March 14, 2008 through and including March 21, 2008.  The parties agree to an

1    exclusion pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) to allow for defense counsel reasonable

2    time necessary for effective preparation, taking into account the exercise of due diligence and the

3    need for counsel to review the discovery with the defendant, as well as to allow the defendant

4    continuity of counsel.

5        2.        Given these circumstances, the Court found that the ends of justice served by

6    excluding the period from March 14, 2008 through and including March 21, 2008 outweigh the

7    best interest of the public and the defendant in a speedy trial.

8        3.        Accordingly, the Court ORDERED that the period from March 14, 2008 through

9    and including March 21, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C.

10    § 3161.

11        IT IS SO ORDERED.

12

13

14    Dated: March __17, 2008



15    HON
   United _____ dge

16    Judge Joseph C. Spero

17

18

19

20

21

22

23

24

25

26

27

28

---