AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

2008 MAR 21  AM 11: 35

UNITED STATES OF AMERICA

V.

ERNEST LAMAEFE TOFI

RICHARD W. WIEKING **COMMITMENT TO ANOTHER**
CLERK **DISTRICT**
U.S. DISTRICT COURT
NO DIST OF CA (DEFENDANT OUT OF CUSTODY)

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of CA | District of HI | 3-08-70134 JCS | CR08-0060–01 HG |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

    X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

**charging a violation of**    21    **U.S.C. §**  846, 841(a)(1) & 841 (b)(1)(B) & 18:2

**DISTRICT OF OFFENSE**

Hawaii

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Narcotics- Cocaine; Narcotics - Sell, Distribute, or Dispense Cocaine.

**CURRENT BOND STATUS:**

    X Bail fixed at    $100,000    and defendant is released on bond

    ☐ Government moved for detention and defendant detained after hearing in District of Arrest

    ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense

    X Other (specify)    Dft ordered to appear on 4/16/8 at 10:30 AM before Mag. Judge Barry Kurren in Honolulu, HI

    Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

March 21, 2008
Date

JOSEPH C. SPERO   United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |