AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>ERNEST LAMAEFE TOFI | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of CA | District of HI | 3-08-70134 JCS | CR08-0060–01 HG |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  X  Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of   21   U.S.C. § 846, 841(a)(1) & 841 (b)(1)(B) & 18:2

**DISTRICT OF OFFENSE**
Hawaii

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Narcotics- Cocaine; Narcotics - Sell, Distribute, or Dispense Cocaine.

**CURRENT BOND STATUS:**

  X  Bail fixed at   $100,000   and defendant is released on bond
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
  X  Other (specify)   Dft ordered to appear on 4/16/8 at 10:30 AM before Mag. Judge Barry Kurren in Honolulu, HI
Bond, if any, shall be transferred to the District of Offense

**Representation:**   ☐ Retained Own Counsel    X  Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**   X  No    ☐ Yes    Language:

March 21, 2008
Date

JOSEPH C. SPERO   United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

