FILED

MAR 2 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-3-08-70134 JCS |
| Plaintiff, ) | |
| vs. ) | **TRAVEL ORDER** |
| ERNEST LEMAEFE TOFI, ) | |
| Defendant. ) | |

The defendant may travel from San Francisco, California on Thursday, March 27, 2008, to Seattle, Washington, and shall return on Sunday, March 30, 2008. The defendant shall inform Pretrial Services where he will be staying and shall provide a contact number in Seattle where he can be reached during the trip.

Dated: 3/21/08

JOSEPH C. SPERO
United States Magistrate Judge

1