UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 21, 2008

Office of the Clerk
U.S. District Court
District of Hawaii
300 Ala Moana Blvd. Rm C338
Honolulu Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 24 2008
DISTRICT OF HAWAII

Case Name: US v Ernest Lamaefe Tofi
Case Number: 3-08 70134 JCS
Charges: 21:846, 841(a)(1), etc. Knowingly + intentionally Conspiring to distribute, etc.

Cr 08-00060 HG

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph Spero  The following action has been taken:

(✓)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )  The defendant has a court appearance in your court on:

FILED
MAR 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of AO 94, Commitment to Another District

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____

Date: _____                                CLERK, U.S. DISTRICT COURT