## ~~PROPOSED~~ ORDER/COVER SHEET

TO:     **Honorable Joseph C. Spero**          RE:   **ERNEST LEMAEFE TOFI**
        **U.S. Magistrate Judge**

FROM:   **Claudette M. Silvera, Chief**         **DOCKET NO.:  3-08-70134 JCS**
        **U.S. Pretrial Services Officer**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Betty Kim**                                   **415-436-7510**
**U.S. Pretrial Services Officer**              **TELEPHONE NUMBER**


**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

**DATE: April 2, 2008**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☒ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
    _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

    A.

    B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____


_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
**JUDICIAL OFFICER**                            **DATE** 4/3/08

Cover Sheet (03/26/08)